UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINE GREEN,

                              Plaintiff,

                    -v-                                          17-CV-3504 (JPO)

VOCATIONAL INSTRUCTION                                          ORDER
PROJECT COMMUNITY SERVICES,
INC. et al.,

                              Defendants.


J. PAUL OETKEN, District Judge:

        The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty days.

        All filing deadlines, conference dates, and the trial date are adjourned *sine die*.

        SO ORDERED.

Dated:  April 10, 2018
        New York, New York

                                        _____
                                               J. PAUL OETKEN
                                           United States District Judge